Case 0:21-cr-60262-AHS Document 3 Entered on FLSD Docket 09/10/2021 Page 1 of 5

FILED by KS D.C.

Sep 9, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60262-CR-SINGHAL/SNOW**
Case No. _____

42 U.S.C. § 408(a)(7)(B)
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA

vs.

PATRICIA M. CLEARY,
    a/k/a Patricia M. Cleary Syling,
    a/k/a Patricia M. Syling,
    a/k/a Patricia A. Cleary,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1. The Florida Medicaid Program ("Medicaid") was a partnership between the State of Florida and the federal government that provided health care benefits to certain low-income individuals and families in Florida. Medicaid was administered by the Centers for Medicare and Medicaid Services and the State of Florida's Agency for Health Care Administration.

2. Medicaid Managed Care was a health care delivery system organized to manage cost, utilization, and quality. Medicaid Managed Care provided for the delivery of Medicaid health benefits and additional services through contracts between Medicaid and Managed Care Organizations (MCOs).

3. Company 1 was a Florida corporation located in Broward County, in the Southern District of Florida, that operated as a MCO.

## COUNT 1
### Falsely Representing a Social Security Number
### (42 U.S.C. § 408(a)(7)(B))

1. The General Allegations section of this Indictment is realleged and by this reference incorporated herein.

2. On or about September 23, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**PATRICIA M. CLEARY,**
a/k/a Patricia M. Cleary Syling,
a/k/a Patricia M. Syling,
a/k/a Patricia A. Cleary,

for the purpose of obtaining a thing of value from a person, that is, obtaining employment with Company 1, and with intent to deceive, did knowingly and falsely represent a number, that is xxx-xx-8704, to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to her, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 2
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

1. The General Allegations section of this Indictment is realleged and by this reference incorporated herein.

2. On or about September 23, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**PATRICIA M. CLEARY,**
a/k/a Patricia M. Cleary Syling,
a/k/a Patricia M. Syling,
a/k/a Patricia A. Cleary,

during and in relation to a felony violation of Title 42, United States Code, Section 408(a)(7)(B), that is, for the purpose of obtaining a thing of value from a person, that is, obtaining employment with Company 1, and with intent to deceive, knowingly and falsely representing a number, that is xxx-xx-8704, to be the social security account number assigned by the Commissioner of Social Security to her, as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the social security number of another individual in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
MARC T. CANZIO
SPECIAL ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

PATRICIA M. CLEARY

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       [✓]
   - II   6 to 10 days      [ ]
   - III  11 to 20 days     [ ]
   - IV   21 to 60 days     [ ]
   - V    61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Marc T. Canzio
Special Assistant United States Attorney
FLA Bar No.   106306

*Penalty Sheet(s) attached                                                         REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Patricia M. Cleary, a/k/a Patricia M. Cleary Syling, a/k/a Patricia M. Syling, a/k/a Patricia A. Cleary

**Case No**: _____

Count #: 1

Falsely Representing a Social Security Number

Title 42, United States Code, Section 408(a)(7)(B)

**\* Max. Penalty**:        Five (5) years imprisonment

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max. Penalty**:        Two (2) years consecutive imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**